UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23487-CIV-GAYLES

SOFIA ACOSTA, an individual,

    Plaintiff,

vs.

COSTA DEL SOL GOLF CLUB INC.,
a Florida Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SOFIA ACOSTA, and Defendant, COSTA DEL SOL GOLF CLUB INC., by and through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41, hereby stipulate that, based upon the settlement reached by the parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear their own attorneys' fees, expenses, and costs except as agreed upon by the parties.

Respectfully submitted this 15th day of October 2020.

| /s/ Keith M. Stern<br>Keith M. Stern, Esq.<br>E-mail: employlaw@keithstern.com<br>Florida Bar No. 321000<br>LAW OFFICE OF KEITH M. STERN, P.A.<br>80 S.W. 8th Street, Suite 2000<br>Miami, Florida 33130<br>Telephone: (305) 901-1379<br>Facsimile: (561) 288-9031<br>***Attorneys for Plaintiff*** | /s/ Christian Zinn<br>Christian Zinn<br>Florida Bar No. 118976<br>Zinn Law Office, PLLC<br>7957 N. University Drive #115<br>Parkland, FL 33067<br>Telephone: (586) 291-9564<br>E-Email:   czinn@zinnlawoffice.com<br>***Attorneys for Defendant*** |
|---|---|